PER A. RAMFJORD, OSB No. 934024
per.ramfjord@stoel.com
REILLEY D. KEATING, OSB No. 073762
reilley.keating@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendant 3M Company*

PILAR C. FRENCH, OSB No. 962880
frenchp@lanepowell.com
RYAN T. O'HOLLAREN, OSB No. 231160
ohollarenr@lanepowell.com
LANE POWELL PC
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

*Attorneys for Defendants Tyco Fire Products LP
and Chemguard, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STATE OF OREGON, by and through Ellen F. Rosenblum, Attorney General,<br><br>        Plaintiff,<br><br>  v.<br><br>3M COMPANY, et al.,<br><br>        Defendants. | Case No.:  3:23-cv-00974-AR<br><br>**UNOPPOSED MOTION FOR STAY OF RESPONSIVE PLEADING DEADLINE OR ALTERNATIVE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Page 1 –   UNOPPOSED MOTION FOR STAY OF RESPONSIVE PLEADING
              DEADLINE OR ALTERNATIVE MOTION FOR EXTENSION OF TIME TO
              FILE RESPONSIVE PLEADING

**L.R. 7.1 CERTIFICATION**

Counsel for Defendant 3M Company ("3M") certify that they have conferred in good faith with counsel for the State of Oregon (the "State"), Tyco Fire Products LP ("Tyco"), and Chemguard, Inc. ("Chemguard") regarding this motion. Tyco and Chemguard join in this motion. Counsel for the State has stated that the State does not oppose this motion.

**MOTION**

On May 31, 2023, the State filed a complaint against defendants in the Circuit Court of the State of Oregon in and for the County of Multnomah, bearing Case No. 23CV21902. On June 30, 2023, 3M, Tyco, and Chemguard timely removed the case to this Court, bearing Case No. 23-cv-00974-AR. 3M intends to file a notice of potential tag-along actions promptly in the United States Judicial Panel on Multidistrict Litigation ("JPML"). The notice will identify this case as a potential tag-along action to *In re: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation*, MDL No. 2873 (the "AFFF MDL").

In its complaint, the State seeks to hold Defendants liable for their alleged conduct in designing, manufacturing, and selling aqueous film-forming foam ("AFFF") used for firefighting and fire training, resulting in purported contamination. The State alleges that Defendants' AFFF contained per- and polyfluoroalkyl substances ("PFAS"), including perfluorooctanoic acid ("PFOA") and/or perfluorooctane sulfonic acid ("PFOS), and that the use of PFAS-containing AFFF has resulted in alleged damages to its natural resources, property, and citizens.

The JPML has consolidated cases related to PFAS-containing AFFF in the AFFF MDL in the District of South Carolina. As noted above, 3M intends to file papers seeking to transfer the instant case to the AFFF MDL so that it may be consolidated with similar and related cases in the

Page 2 –   UNOPPOSED MOTION FOR STAY OF RESPONSIVE PLEADING
           DEADLINE OR ALTERNATIVE MOTION FOR EXTENSION OF TIME TO
           FILE RESPONSIVE PLEADING

interest of judicial economy and efficiency. Once filed, the tag-along notice will be pending with the JPML.

Under Federal Rule of Civil Procedure 81(c), a defendant that has been served generally has seven (7) days after the filing of the notice of removal to file any responsive pleadings. Here, this case was removed on June 30, 2023, and thus, under Fed. R. Civ. P. 81(c), any responsive pleadings that are due currently are due on July 7, 2023.

3M, Tyco, and Chemguard respectfully request that the Court stay the deadline, if applicable, for all defendants to respond to the State's complaint through and including the 28th day (as computed under Fed. R. Civ. P. 6) after the JPML has issued a final order determining whether to transfer this action to the AFF MDL.

Alternatively, 3M, Tyco, and Chemguard request a 30-day extension of time (or until August 7, 2023) to file a responsive pleading to allow time for the filing of that tag-along notice with the JPML and for a final order to be issued concerning such notice and to allow defendants more time to prepare a responsive pleading.

DATED: July 7, 2023

| STOEL RIVES LLP | LANE POWELL PC |
|---|---|
|   s/ Reilley D. Keating<br>PER A. RAMFJORD, OSB No. 934024<br>per.ramfjord@stoel.com<br>REILLEY D. KEATING, OSB No. 073762<br>reilley.keating@stoel.com |   s/ Pilar C. French<br>PILAR C. FRENCH, OSB No. 962880<br>frenchp@lanepowell.com<br>RYAN T. O'HOLLAREN, OSB No. 231160<br>ohollarenr@lanepowell.com |
| *Attorneys for Defendant 3M Company* | *Attorneys for Tyco Fire Products LP and Chemguard, Inc* |

Page 3 –   UNOPPOSED MOTION FOR STAY OF RESPONSIVE PLEADING
               DEADLINE OR ALTERNATIVE MOTION FOR EXTENSION OF TIME TO
               FILE RESPONSIVE PLEADING

120208502.1 0033656-00196

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **UNOPPOSED MOTION FOR STAY OF RESPONSIVE PLEADING DEADLINE OR ALTERNATIVE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☒ Email

lisa.udland@doj.state.or.us
sheila.potter@doj.state.or.us
BJackson@kelleydrye.com
jgilmour@kelleydrye.com
lshah@kelleydrye.com
imorales@kelleydrye.com
kketterling@stollberne.com
landersondana@stollberne.com
ebailey@stollberne.com
mholmes@stollberne.com

dzalman@kelleydrye.com
ldowning@kelleydrye.com
ekrasnow@kelleydrye.com
jschuurman@kelleydrye.com
matt@sheredling.com
vic@sheredling.com
stephanie@sheredling.com
ashley@sheredling.com
frenchp@lanepowell.com
ohollarenr@lanepowell.com

☒ notice of electronic filing using the CM/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last known address(es) indicated below.

Ellen F. Rosenblum
Lisa Udland
Sheila Potter
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR  97201

*Attorneys for Plaintiff State of Oregon*

William J. Jackson
John D.S. Gilmour
Lauren H. Shah
Ivan F. Morales
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027

*Attorneys for Plaintiff State of Oregon*

Page 1 –     CERTIFICATE OF SERVICE

120208502.1 0033656-00196

| | |
|---|---|
| Keith A. Ketterling<br>Lydia Anderson-Dana<br>Elizabeth K. Bailey<br>Madeleine C. Holmes<br>STOLL STOLL BERNE LOKTING &<br>SHLACHTER P.C.<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br><br>*Attorneys for Plaintiff State of Oregon* | David Zalman<br>Levi Downing<br>Elizabeth Krasnow<br>Julia Schuurman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br><br>*Attorneys for Plaintiff State of Oregon* |
| Matthew K. Edling<br>Victor M. Sher<br>Stephanie D. Biehl<br>Ashley B. Campbell<br>SHER EDLING LLP<br>100 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br><br>*Attorneys for Plaintiff State of Oregon* | Pilar C. French<br>Ryan T. O'Hollaren<br>LANE POWELL PC<br>601 S.W. Second Avenue, Suite 2100<br>Portland, Oregon 97204<br><br>*Attorneys for Defendants Tyco Fire Products LP and Chemguard, Inc.* |

I further certify that I served the foregoing UNOPPOSED MOTION FOR STAY OF RESPONSIVE PELADING DEADLINE OR ALTERNATIVE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ email

☐ notice of electronic filing using the CM/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last known address(es) indicated below.

Page 2 –   CERTIFICATE OF SERVICE

120208502.1 0033656-00196


AGC CHEMICALS AMERICAS, INC.
5 East Uwchlan Avenue, Suite 201
Exton, Pennsylvania 19341

*Defendant*

AMEREX CORPORATION
2900 Highway 280 S, Suite 300
Birmingham, Alabama 35223

*Defendant*

ARCHROMA U.S., INC.
5435 77 Center Drive, Suite 10
Charlotte, North Carolina 28217

*Defendant*

ARKEMA INC.
900 First Avenue
King of Prussia, Pennsylvania 19406

*Defendant*

BASF CORPORATION
100 Park Avenue,
Florham Park, New Jersey 07932

*Defendant*

BUCKEYE FIRE EQUIPMENT COMPANY
110 Kings Road
Kings Mountain, North Carolina 28086

*Defendant*

THE CHEMOURS COMPANY
1007 Market Street
Wilmington, Delaware 19899

*Defendant*

CARRIER GLOBAL CORPORATION
13995 Pasteur Boulevard
Palm Beach Gardens, Florida 33418

*Defendant*

CHEMDESIGN PRODUCTS, INC.
Two Stanton Street
Marinette, Wisconsin 54143

*Defendant*

CLARIANT CORPORATION
500 East Morehead Street, Suite 400
Charlotte, North Carolina 28202

*Defendant*

CORTEVA, INC.
974 Centre Road
Wilmington, Delaware 19805

*Defendant*

DUPONT DE NEMOURS, INC.
974 Centre Road
Wilmington, Delaware 19805

*Defendant*

DYNAX CORPORATION
79 Westchester Avenue
Pound Ridge, New York 10576

*Defendant*

EIDP, INC.
974 Centre Road
Wilmington, Delaware 19805

*Defendant*

Page 3 –   CERTIFICATE OF SERVICE

| | |
|---|---|
| KIDDE PLC, INC.<br>Nine Farm Springs Road<br>Farmington, Connecticut 06032 | NATIONAL FOAM, INC.<br>141 Junny Road<br>Angier, North Carolina 27501 |
| *Defendant* | *Defendant* |
| CARRIER FIRE & SECURITY AMERICAS CORPORATION<br>13995 Pasteur Boulevard<br>Palm Beach Gardens, Florida 33418 | |
| *Defendant* | |

DATED: July 7, 2023

*s/ Reilley D. Keating*
REILLEY D. KEATING, OSB No. 073762
Telephone: 503.224.3380

*Attorneys for Defendant 3M Company*

Page 4 –   CERTIFICATE OF SERVICE

120208502.1 0033656-00196